**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1582**

---

SEMIRA MOHAMMED ADEM,

                                        Petitioner,

        versus

JOHN D. ASHCROFT, Attorney General for the
United States,

                                        Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A77-248-270)

---

Submitted: December 12, 2003        Decided: December 29, 2003

---

Before WIDENER, WILKINSON, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for
Petitioner. Peter D. Keisler, Assistant Attorney General, Richard
M. Evans, Assistant Director, Nancy E. Friedman, Office of
Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Semira Mohammed Adem, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming the immigration judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture.

On appeal, Adem raises challenges to the Board and immigration judge's determinations that she failed to establish her eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Adem fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that Adem seeks.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED